PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 26 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

U. S. A. vs. Gerald Gunner Griffin        Docket No. 1:05-CR-0308-03-BBM

### PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Ted. Fuller PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Gerald Gunner Griffin who was placed on supervision for the offense of Possession of Electronic Images of Federal Reserve Notes, and Conspiracy to Possess Electronic Images of Federal Reserve Notes, 18 USC §§474 & 371, by the Honorable Beverly B. Martin sitting in the court at Rome, on the 20th day of February, 2007 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not illegally possess a controlled substance.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property(real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance**

The defendant tested positive for methamphetamine on October 23, 2007. The defendant tested positive for cocaine on December 3, 2007, during an office report. An alco-sensor test was also administered and the results were .04 grams percent. The defendant admitted to using cocaine and signed an admission of drug use form. On December 11, 2007, the defendant signed a waiver of hearing to modify conditions of supervised release and agreed to the modification as stated below.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to include the following: The defendant shall participate in the drug\alcohol treatment program under the guidance and supervision of the Unites States Probation Officer and if able, contribute to the cost of services for such treatment.

ORDER OF COURT

Considered and ordered this _21st_ day of _December_, _2007_
and ordered filed and made a part of the records
in the above case.

_____
Honorable Beverly B. Martin
U. S. District Court Judge

Respectfully,

_____
Ted Fuller
U. S. Probation Officer

Place:   Rome, Georgia

Date:   December 17, 2007

_____
Richard C. Flanigen
Supv. U. S. Probation Officer